CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 16 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MICHAEL JAMES KEITZ, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:11-cv-00054 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| UNNAMED SPONSORS OF COCAINE ) | By: Hon. Glen E. Conrad |
| RESEARCH STUDY, et al., ) | Chief United States District Judge |
| ) | |
| Defendants. ) | |

This action is before the court based on the filing of an amended complaint. (Docket No. 17.) For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the claims brought under 42 U.S.C. § 1983 (Counts I and II of the amended complaint) shall be and hereby are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), and that the technical battery claim brought under state law (Count III of the amended complaint) shall be and hereby is dismissed pursuant to the court's decision to decline to exercise supplemental jurisdiction over this claim.

The Clerk is directed to strike this action from the active docket of the court. The Clerk is further directed to send a certified copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER:** This 16th day of December, 2011.

_____
Chief United States District Judge